UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNIFER LEGRIER, individually and on behalf of all others similarly situated,

           Plaintiff,

    - against -

WALMART, INC.,

           Defendant.

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

19 Civ. 10433 (PGG) (KHP)

PAUL G. GARDEPHE, U.S.D.J.:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**X** General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:
_____

☐ Settlement*

☐ Inquest After Default/ Damages Hearing

☐ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____
All such motions: _____

*Do not check if already referred for general pretrial.

Dated: New York, New York
       November 18, 2019

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge