# Sheehan & Associates, P.C.

505 Northern Blvd Ste 311  tel. 516.303.0552  fax 516.234.7800
Great Neck NY 11021-5101  spencer@spencersheehan.com

January 21, 2020

District Judge Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/22/2020
```

Re:  1:19-cv-10433-PGG-KHP
     Legrier v. Walmart Inc.

Dear District Judge Gardephe:

      This office represents the plaintiff. In accordance with your Honor's Individual Rules of Practice in Civil Cases, plaintiff, jointly and with consent of defendant, requests an adjournment of the Initial Conference scheduled for Wednesday, January 29, 2020. There have been no previous requests for adjournment or extension of the conference date. No prior request was granted or denied. Defendant consents to and joins plaintiff in the present request. The reason for this request is because defendant only recently assigned outside counsel, who executed and returned a waiver of service on Tuesday, January 21, 2020. The parties request an adjournment of at least forty-five (45) days so that opposing counsel can evaluate the case. The parties anticipate discussion regarding how they will proceed, such as a motion to dismiss or answer by defendant, an amended complaint by plaintiff or a resolution of the issues, in advance of the date by which defendant's answer or response to the complaint is due, Monday, March 23, 2020. This request is submitted at least 48 hours prior to the original compliance date. This requested adjournment does not affect any other scheduled dates. Thank you.

      Respectfully submitted,

      /s/Spencer Sheehan
      Spencer Sheehan

**APPLICATION GRANTED:** The Initial Case Management Conference in this matter that is scheduled for Wednesday, January 29, 2020 at 10:30 a.m. <u>before Judge Katharine H. Parker</u> in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Monday, March 23, 2020 at 11:30 a.m.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
01/22/2020

Certificate of Service

I certify that on January 21, 2020, I served or emailed the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
| --- | --- | --- | --- |
| Defendant's Counsel | ☐ | ☐ | ☒ |
| Plaintiffs' Counsel | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan
Spencer Sheehan