USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JENNIFER LEGRIER, individually and on
behalf of all others similarly situated,

                      Plaintiff,                  19-CV-10433 (PGG) (KHP)

      -against-                                 **ORDER**

WALMART, INC.,

                      Defendant.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

The initial case management conference scheduled for March 23, 2020 at 11:30 a.m. is hereby converted to a telephone conference. The parties should dial the following number: (866) 434-5269. The access code is: 4858267 (if prompted to put in security code, re-enter access code).

**SO ORDERED.**

DATED:     New York, New York
               March 16, 2020

                                                      _____
                                                        KATHARINE H. PARKER
                                                        United States Magistrate Judge