Sheehan & Associates, P.C.  
spencer@spencersheehan.com

505 Northern Blvd Ste 311, Great Neck NY 11021-5101  
tel. 516.303.0552    fax 516.234.7800

March 17, 2020

**MEMO ENDORSED**

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:  
DATE FILED: 03/17/2020

District Judge Paul G. Gardephe  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007

Re:   1:19-cv-10433-PGG-KHP  
       Legrier v. Walmart Inc.

Dear District Judge Gardephe:

This office represents the plaintiff. In accordance with your Honor's Individual Rules of Practice in Civil Cases, plaintiff and defendant request that the date by which defendant is required to answer or respond to the complaint, Monday, March 23, 2020 and the case management conference, Monday, March 23, 2020, be extended and adjourned by forty-five (45) days until Thursday, May 7, 2020.

There have been no prior requests for an extension of time to respond or answer the complaint. There has been one prior request for adjournment of the conference, which was granted. The reason for these requests is because the parties have agreed to resolve this matter, are circulating necessary paperwork and intend to dismiss this case within 45 days. Defendant consents to this request. This request is made at least 48 hours prior to the compliance dates. This request does not affect any other scheduled dates. Thank you.

Respectfully submitted,

 /s/Spencer Sheehan  
Spencer Sheehan

**APPICATION GRANTED:** The Initial Case Management Telephone Conference in this matter before Judge Katharine H. Parker that is scheduled for Monday, March 23, 2020 at 11:30 a.m. is hereby rescheduled to **Thursday, May 7, 2020 at 4:00 p.m.** The parties should dial into the court conference telephone number: **(866) 434-5269** /access code: **4858267** at the scheduled time.

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.  
03/17/2020

**Certificate of Service**

I certify that on March 17, 2020, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☒ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan