USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/7/2020

United States District Court
Southern District of New York                    1:19-cv-10433-PGG-KHP

Jennifer Legrier, individually and on behalf
of all others similarly situated,

                Plaintiff,

      - against -                                                **ORDER**

Walmart Inc.,

                Defendant

      Plaintiff has filed a notice voluntarily dismissing this action with prejudice. Accordingly, the conference scheduled for May 7, 2020 at 4:00 p.m. is adjourned sine die.

      **SO ORDERED.**

Dated:  May 7, 2020
           New York, New York

                                              KATHARINE H. PARKER
                                              United States Magistrate Judge

1:19-cv-10433-PGG-KHP
United States District Court
Southern District of New York

Jennifer Legrier, individually and on behalf of all others similarly situated,

Plaintiff,

- against -

Walmart Inc.,

Defendant

## Notice of Voluntary Dismissal

```
Sheehan & Associates, P.C.
 505 Northern Blvd Ste 311
  Great Neck NY 11021-5101
     Tel: (516) 303-0552
     Fax: (516) 234-7800
```

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated: May 6, 2020

/s/ Spencer Sheehan
Spencer Sheehan

Certificate of Service

I certify that on May 6, 2020, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ |

/s/ Spencer Sheehan  
Spencer Sheehan